CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 09 2017

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| **DOMINIQUE HERMAN ADAMS,** | ) | **CASE NO. 7:17CV00027** |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **FINAL ORDER** |
| | ) | |
| **R. LIGHT, ET AL.,** | ) | **By: Glen E. Conrad** |
| | ) | **Chief United States District Judge** |
| **Defendants.** | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

### ADJUDGED AND ORDERED

that this civil action is **DISMISSED** without prejudice for failure to exhaust administrative

remedies, pursuant to 42 U.S.C. § 1997e(a), and the clerk will STRIKE this action from the

active docket of the court.

**ENTER:** This ___9th___ day of May, 2017.

_____
Chief United States District Judge